IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

      Plaintiff,                              06cv0141

    v.                                  **ELECTRONICALLY FILED**

GEORGE C. SNYDER, ET AL.,

      Defendants.

**ORDER OF COURT**

On 2007, this Court entered a Judgment Order for plaintiff, the IRS, in the above captioned case, entering Judgment against George C. Snyder in the total amount of $3,033,741.68, and against Sharon Snyder in amount of $1,808,676.70. Defendant George Snyder has filed a "Motion for Reconsideration of the Judgment Entered at Document No. 118, and All Interlocutory Orders Granting Summary Judgment." (doc. no. 119). Mr. Snyder asserts that he did not have an opportunity to object to the government's final calculation of his indebtedness.

The Court will grant Mr. Snyder's motion to reconsider the final judgment and will issue a briefing schedule for objections. Defendant offers no reason why this Court should reconsider any of the "Interlocutory Orders Granting Summary Judgment," and, in fact, the Court already reconsidered those rulings once and will not do so a second time. See Oder of Court dated May 24, 2007 (doc. no. 115). Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion for Reconsideration of the Judgment Entered at Document No. 118, and All Interlocutory Orders Granting Summary Judgment (doc. no. 119) is **GRANTED IN PART AND DENIED IN PART**, as set forth above.

**IT IS FURTHER ORDERED** that on or before **July 16, 2007**, defendant shall file his Objections to Final Judgment addressed solely to plaintiff's calculation of indebtedness and stating specifically his alternative calculation, with supporting affidavits and documents attached, and accompanied by a separate brief in support of his position.  On or before **July 26, 2007**, the government shall file a response thereto, with supporting affidavits and documents attached, and accompanied by a separate brief in support of its position.  Said briefs shall not exceed ten pages.

**SO ORDERED this 25th day of June, 2007.**

 s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:     All ECF registered counsel and movant